**628**

Hjalmar Burman, appellant, v. Rockford Public Service Company, appellee. Gen. No. 8,430.

Opinion filed September 8, 1932.

William D. Knight and Karl C. Williams, for appellant. Hall & Dusher, for appellee.

Mr. Justice Jett delivered the opinion of the court.

Stella Dombrowsky, appellee, v. Prudential Insurance Company of America, appellant. Gen. No. 8,454.

Opinion filed September 8, 1932.

Hoyne, O'Connor & Rubinkam and Edwards & Block, for appellant. Cassels, Potter & Bentley and Diver & Populorum, for appellee; Ralph F. Potter and Robert B. Johnstone, of counsel.

Mr. Justice Jett delivered the opinion of the court.

Wilmetta Ellis, appellant, v. The National Bank of Pontiac, appellee. Gen. No. 8,484.

Opinion filed September 8, 1932.

Greenebaum & Burns, for appellant; H. G. Greenebaum, Cyril A. Burns and A. H. Fellheimer, of counsel. Adsit, Thompson & Herr, for appellee.

Mr. Justice Jett delivered the opinion of the court.

## Third District.

Bart Gillam and Vesta Gillam, appellees, v. Johnson Oil Refining Company, appellant. Gen. No. 8,562.

Opinion filed May 11, 1932. Rehearing denied October 4, 1932.

L. E. Murphy, Charles W. Flack and Flack & Kerman, for appellant. Downing & Helfrich and Hartzell, Cavanagh & Martin, for appellees.

Mr. Presiding Justice Niehaus delivered the opinion of the court.